

# NUMBER 13-13-00222-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ANANT UTTURKAR AND UTTURKAR &
ASSOCIATES, LLP,**                                                  **Appellants,**

**v.**

**SALEEM CHUGHTAI AND CLAY PADGINTON,**                    **Appellees.**

---

**On appeal from the 138th District Court
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellants, Anat Utturkar and Utturkar & Associates, LLP, perfected an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in cause number 2008-10-5768-B.   The parties have filed an agreed motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 13th
day of November, 2014.